# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

JUSTIN LEE MANNIE,
    *Defendant.*

CASE NO. 1:24-CR-20021-TLL-PTM

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

_____/

## **CONSENT ORDER REVOKING BOND**

Defendant appeared with counsel on September 6, 2024. Defendant moved for revocation of bond as defense counsel stated a number of an arrest warrants have been issued for Defendant. Rather than hold a hearing to determine Defendant failed to comply with his bond conditions and his bond should therefore be revoked, Defendant accepted responsibility and consented to detention.

The Court is satisfied that the Defendant has made a knowing waiver of the right to a hearing. Therefore, the bond for Defendant is hereby **REVOKED** and the defendant is **REMANDED** to the custody of the United States Marshal.

Date: September 6, 2024

/S CURTIS IVY, JR.
Curtis Ivy, Jr.
United States Magistrate Judge

## **CERTIFICATION**

    I hereby certify that this Order was electronically filed this date using the Court's CM/ECF system which delivers a copy to all counsel of record and served on Pretrial Services and the U.S. Marshal's Service by other electronic means.

By <u>s/ Sara Krause</u>  
Case Manager
