UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case No. 1:24-cr-20021-2

v.                                                 Honorable Thomas L. Ludington
                                                       United States District Judge

JUSTIN LEE MANNIE,

                                                          Honorable Patricia T. Morris

        Defendant.                                  United States Magistrate Judge

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING GUILTY PLEA

      Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Justin Mannie's consent on September 10, 2024. ECF Nos. 29; 32. That same day, Judge Morris issued a report recommending that this Court accept Defendant's guilty plea. ECF No. 34. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

      Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 34, is **ADOPTED**.

      Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**.

Dated: October 2, 2024                                        s/Thomas L. Ludington
                                                                      THOMAS L. LUDINGTON
                                                                      United States District Judge